# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00480-CV

### In re City of Hutto, Texas; Cottonwood Development Corporation; and River Creek Development Corporation

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this mandamus proceeding, informing the Court they have reached an agreement in principle to resolve their dispute. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: September 12, 2025